**Order entered February 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-18-01272-CV

---

### INTO THE SUNSET REVOCABLE LIVING TRUST, Appellant

### V.

### DESIGN TECH HOMES, LP, Appellee

---

**On Appeal from the 274th District Court
Comal County, Texas
Trial Court Cause No. C2017-2027C**

---

## ORDER

Before the Court is appellant's February 7, 2019 "Opposed Motion to Determine Finality of Judgment and Furtherance of Appeal." We **DENY** the motion. Appellant's brief on the merits is due February 27, 2019.

/s/      BILL WHITEHILL
         JUSTICE